AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ANTHONY BAILEY, et al.,

      Plaintiff(s),

V.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:15-cv-00568-RCJ-WGC

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed in its entirety, without prejudice, but without leave to amend.

**IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

April 12, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk