# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY BAILEY and DEAN JAHN, )
)
    Plaintiffs, )
)
    v. )    3:15-cv-00568-RCJ-WGC
)
NEVADA DEPARTMENT OF )    **ORDER**
CORRECTIONS et al., )
)
    Defendants. )
_____ )

## I.    DISCUSSION

On April 12, 2016, this Court dismissed the case in its entirety, without prejudice, but without leave to amend. (ECF No. 8 at 2). The Court directed each individual Plaintiff (Anthony Bailey and Dean Jahn) and interested party (William Shutt) to open their own individual cases (i.e. new cases) with the Clerk of Court by filing individual applications to proceed *in forma pauperis* and individual complaints with the Clerk of Court. (*Id.*).

On April 14, 2016, Shutt filed an application to proceed *in forma pauperis* and alleged that he was a plaintiff in this case. (ECF No. 12). On May 6, 2016, Bailey filed a motion to file a longer than normal civil rights complaint and a motion to extend his prison copy work limit. (ECF No. 14, 15). On May 31, 2016, Bailey filed an application to proceed *in forma pauperis* and an amended civil rights complaint. (ECF No. 16, 17).

In light of this Court's order directing Bailey, Jahn, and Shutt to open their own, new individual cases by filing their own applications to proceed *in forma pauperis* and their own individual complaints with the Clerk of the Court, the Court denies the outstanding motions (ECF No. 12, 14, 15, 16) as moot.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the outstanding motions (ECF No. 12, 14, 15, 16) are denied as moot.

IT IS FURTHER ORDERED that no further documents shall be filed in this case.

DATED: This 24th day of August, 2016.

_____
United States District Judge

2