# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, | 3:15-cv-00568-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 11, 2017 |
| NEVADA DEPT. OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion Requesting Clarification (ECF No. 23). On April 12, 2016, District Judge Robert C. Jones dismissed this case in its entirety without prejudice, but without leave to amend. (ECF No. 8.) After that order was entered, Plaintiff filed numerous documents and motions. (ECF Nos. 10,11, 12, 13, 14, 15, 16, 17.) On August 24, 2016, Judge Jones denied Plaintiff's outstanding motions and ordered "that no further documents shall be filed in this case." (ECF No. 18.)

**IT IS THEREFORE ORDERED** that Plaintiff's Motion Requesting Clarification (ECF No. 23) is **STRICKEN**.

**IT IS FURTHER ORDERED** that no further documents shall be filed in this case.

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk